

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for C.R. England, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marvin Mencias-Mejia, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Robert William San Inocenio, an individual; C.R. England, Inc., a Foreign Corporation; Does 1 through 10, inclusive; and Roe Business Entities 1 through 10, inclusive.<br><br>Defendant. | Case No.: 2:24-cv-381<br><br>**Stipulation to Dismiss Robert San Inocenio** |

Generally speaking, Plaintiff alleges Robert San Inocenio was negligent while driving a motor vehicle in the course and scope of his employment with C.R. England.  C.R. England has admitted that San Inocenio was in the course and scope of his employment with C.R. England at the time alleged in the complaint.  Given this admission, the parties agree if San Inocenio is found negligent and that negligence caused damages, then C.R. England is vicariously liable for the damages caused.  Based upon those admissions, the parties stipulate to dismiss San Inocenio only, without prejudice, each party to bear their own fees and costs as to the dismissed claims.  The case will continue forward with C.R. England as the sole defendant.

///

///

294382366v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael P. Lowry<br>MICHAEL P. LOWRY, ESQ<br>Nevada Bar No. 10666<br>Attorneys for C.R. England, Inc. | RALPH A. SCHWARTZ, P.C.<br><br>/s/ Ralph A. Schwartz<br>Ralph A. Schwartz, Esq.<br>Nevada Bar No. 5488<br>Attorneys for Plaintiff |

IT IS SO ORDERED.

Dated this  18  day of March, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

294382366v.1