**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for C.R. England, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marvin Mencias-Mejia, an individual, | Case No.: 2:24-cv-381 |
| Plaintiff, | |
| vs. | **Stipulation and Order to Extend Discovery (1st Request)** |
| Robert William San Inocenio, an individual; C.R. England, Inc., a Foreign Corporation; Does 1 through 10, inclusive; and Roe Business Entities 1 through 10, inclusive. | |
| Defendant. | |

**I.  Summary of Discovery Completed**

The case was removed on February 26, 2024.[1]  By March 18, 2024, Plaintiff and C.R. England stipulated that C.R. England's driver was 1) negligent; 2) while in the course and scope of employment with the company.[2]  This narrowed the scope of discovery, and the driver was then dismissed from the case.

Both parties have served FRCP 26(a)(1) disclosures, C.R. England on March 28, 2024 and Plaintiff on April 24, 2024.  C.R. England served interrogatories and requests for production to Plaintiff on April 11, 2024 that Plaintiff then answered on May 6, 2024.  Plaintiff's responses to requests for production provided medical authorizations to C.R. England for the first time.

**II.  Discovery Remaining**

C.R. England is now using Plaintiff's medical records to independently pursue medical records from his providers.  Plaintiff also quantified an income loss for the first time in his discovery

---
[1] ECF No. 1.
[2] ECF No. 11.

296913087v.1

responses. C.R. England will now subpoena Plaintiff's employer for information about Plaintiff's work. C.R. England plans to subpoena the truck stop where this accident occurred to see if it has information related to this event.

This work is necessary before C.R. England can then evaluate when to depose Plaintiff. It also affects which damages experts might be necessary for this case. Presumably after expert disclosures there might also be expert depositions.

**III.    Why the Remaining Discovery Could not be Completed**

When the case was first removed, the parties focused on trying to narrow the scope of discovery. That resulted in the stipulation as to duty, breach, and dismissing the driver. Once the scope of discovery was established, C.R. England then served discovery to Plaintiff. Plaintiff needed time to prepare his discovery responses and provide the authorizations C.R. England is now using to pursue records.

The current discovery deadlines could not be met because the parties worked collaboratively to focus the case before then starting to pursue the information needed for the remaining disputed points.

**IV.    Proposed Schedule for Completing All Remaining Discovery**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amending Pleadings and Adding Parties | April 26, 2024 | No change |
| Initial Expert Disclosures | May 28, 2024 | August 28, 2024 |
| Rebuttal Expert Disclosures | June 25, 2024 | September 27, 2024 |
| Discovery Closes | August 5, 2024 | October 28, 2024 |
| Dispositive Motions | September 4, 2024 | November 28, 2024 |
| Pre-Trial Order if no Dispositive Motions | September 23, 2024 | December 27, 2024 |

-2-

296913087v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br>Michael P. Lowry<br>Nevada Bar No. 10666<br>Attorneys for C.R. England, Inc. | RALPH A. SCHWARTZ, P.C.<br><br>*/s/ Ralph A. Schwartz*<br>Ralph A. Schwartz<br>Nevada Bar No. 5488<br>Attorneys for Marvin Mencias-Mejia |
| | It is so ordered.<br><br>*/s/*<br>UNITED STATES MAGISTRATE JUDGE |

**Certificate of Service**

Pursuant to FRCP 5, I certify on May 15, 2024, I served **Stipulation and Order to Extend Discovery (1st Request)** as follows:

☒  by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐  via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Ralph A. Schwartz, P.C.<br>400 S. 7th St., Suite 100<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | |

BY:  */s/ Jillian Forrest*
An Employee of
**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**IT IS SO ORDERED**

**DATED:** 8:56 am, May 17, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-3-

296913087v.1