**SAO**
RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.:  (702) 888-5291
Facsimile No.:  (702) 888-5292
Email:  mail@888law1.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN MENCIAS-MEJIA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> C.R. ENGLAND, INC., a Foreign Corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10, inclusive, <br><br> Defendants. | CASE NO:  2:24-cv-00381 <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY** <br> (Second Request) |

### I.    Summary of Discovery Completed

The case was removed on February 26, 2024.[1]  By March 18, 2024, Plaintiff and C.R. England stipulated that C.R. England's driver was 1) negligent; 2) while in the course and scope of employment with the company.[2]  This narrowed the scope of discovery, and the driver was then dismissed from the case.

Both parties have served FRCP 26(a)(1) disclosures, C.R. England on March 28, 2024 and Plaintiff on April 24, 2024.  C.R. England served Interrogatories and Requests for Production to Plaintiff on April 11, 2024 that Plaintiff then answered on May 6, 2024.  Plaintiff's responses to requests for production provided medical authorizations to C.R. England for the first time. C.R. England served supplemental disclosures on July 12, 2024, August 12, 2024, September 11, 2024, and October 3, 2024. Both parties made expert witness designations on August 28, 2024.

---

[1] ECF No. 1.
[2] ECF No. 11.

**II.     Discovery Remaining**

C.R. England is now using Plaintiff's medical records to independently pursue medical records from providers previously unknown.   C.R. England C.R. England has collected a majority of Plaintiff's medical records but is still waiting for responses to subpoenas served on Key Insurance and State Farm Insurance.

In anticipation of receiving responses to its subpoenas, C.R. England has scheduled Plaintiff's deposition for December 2, 2024.   After rebuttal expert disclosures there might also be expert depositions.

Additionally, Plaintiff requires additional time for Rebuttal Expert Disclosures.   Due to excusable neglect, Plaintiff was not able to produce his rebuttal expert reports on time.

**III.     Why the Remaining Discovery Could not be Completed**

When the case was first removed, the parties focused on trying to narrow the scope of discovery.   That resulted in the stipulation as to duty, breach, and dismissing the driver.   Once the scope of discovery was established, C.R. England then served discovery to Plaintiff.   Plaintiff needed time to prepare his discovery responses and provide the authorizations C.R. England is now using to pursue records.

The current discovery deadlines could not be met because the parties worked collaboratively to focus the case before then starting to pursue the information needed for the remaining disputed points. While a majority of Plaintiff's medical records have been received, there remain subpoenas that have been issued with responses still outstanding.

Additionally, Plaintiff due to excusable neglect was not able to complete his rebuttal expert reports on time and only asking for an additional 3 weeks to complete.

/ / / /

/ / / /

/ / / /

/ / / /

**IV.     Proposed Schedule for Completing All Remaining Discovery**

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Amending Pleadings and Adding Parties | No change | CLOSED |
| Initial Expert Disclosures | August 28, 2024 | CLOSED |
| Rebuttal Expert Disclosures | September 27, 2024 | October 18, 2024 |
| Discovery Closes | October 28, 2024 | January 27, 2025 |
| Dispositive Motions | November 28, 2024 | February 26, 2025 |
| Pre-Trial Order if no Dispositive Motions | December 27, 2024 | March 27, 2025 |

| | |
|---|---|
| *WILSON ELSER*<br><br><br>*/s/ Kimberly A. Nelson*<br>Kimberly A. Nelson<br>Nevada Bar No. 15295<br>Attorneys for C.R. England, Inc. | RALPH A. SCHWARTZ, P.C.<br><br><br>*/s/ Ralph A. Schwartz*<br>Ralph A. Schwartz<br>Nevada Bar No. 5488<br>Attorneys for Marvin Mencias-Mejia |
| | It is so ordered.     DATED: 10/9/2024<br><br><br>/s/ _____<br>UNITED STATES MAGISTRATE JUDGE |

**Certificate of Service**

     Pursuant to FRCP 5, I certify on October 7, 2024, I served Stipulation and Order to Extend Discovery (2nd Request) as follows:

☒     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

BY:     */s/ Vikki L. Weyandt* _____