**SAO**
RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.:  (702) 888-5291
Facsimile No.:  (702) 888-5292
Email:  mail@888law1.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN MENCIAS-MEJIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WILLIAM SAN INOCENCIO, an individual; C.R. ENGLAND, INC., a Foreign Corporation; DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | CASE NO:  2:24-cv-00381<br><br>**STIPULATION AND ORDER TO EXTEND THE DUE DATE FOR OPPOSITIONS AND REPLIES TO MOTION FOR SUMMARY JUDGMENT** |

**STIPULATION AND ORDER TO EXTEND THE DUE DATE FOR OPPOSITION AND REPLIES TO MOTION FOR SUMMARY JUDGMENT**

IT IS STIPULATED AND AGREED by and between the parties in the above-referenced matter, by and through their undersigned counsel of record; that the parties hereby submit this Stipulation and proposed Order to Extend the Due Date for Opposition and Replies to Motion for Summary Judgment.  The Deadline for dispositive Motions was set for February 26, 2025.  Defendants filed their Motion for Summary Judgment on January 31, 2025, making Oppositions due February 21, 2025.  Due to unforeseen circumstances, the parties wish to move the deadline for Oppositions to February 25, 2025 and to allow Defendants to file Replies prior to the Hearing.

No party will be prejudiced or injured by this brief continuance. Further, the parties so stipulate to move the Opposition date until February 25, 2025 and to allow Defendant to file any Replies until before the Hearing.

DATED this __21st__ day of February, 2025.

| WILSON ELSER | RALPH A. SCHWARTZ, P.C. |
|---|---|
| /s/ Michael Lowry<br>Michael Lowry, Esq.<br>Nevada Bar No. 010666<br>Attorneys for C.R. England, Inc. | /s/ Ralph A. Schwartz<br>Ralph A. Schwartz<br>Nevada Bar No. 5488<br>Attorneys for Marvin Mencias-Mejia |

### Certificate of Service

Pursuant to FRCP 5, I certify on February 21, 2025, I served Stipulation and Order to Extend Opposition Date as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

/s/ Vikki L. Weyandt
An Employee of Ralph A. Schwartz, PC

Case # 2:24-cv-00381

## **ORDER**

Pursuant to the foregoing agreement of the parties, the stipulation to extend the time for Oppositions and Replies is hereby Granted.

DATED this ___21___ day of ___February___, 2025.

_____
UNITED STATES DISTRICT JUDGE