**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
Email: Kimberly.Nelson_@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for C.R. England, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Marvin Mencias-Mejia, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Robert William San Inocenio, an individual; C.R. England, Inc., a Foreign Corporation; Does 1 through 10, inclusive; and Roe Business Entities 1 through 10, inclusive.<br><br>Defendant. | Case No.: 2:24-cv-381<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

RALPH A. SCHWARTZ, P.C.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Ralph A. Schwartz*
RALPH A. SCHWARTZ
Nevada Bar No. 5488
Attorneys for Marvin Mencias-Mejia

BY: *Michael Lowry*
MICHAEL P. LOWRY
Nevada Bar No. 10666
KIMBERLY A. NELSON
Nevada Bar No. 15295
Attorneys for C.R. England, Inc.

**It is so ordered.**
Dated: July 7, 2025

_____
Gloria M. Navarro
DISTRICT JUDGE